```
 1  MENNEMEIER, GLASSMAN & STROUD LLP
    KENNETH C. MENNEMEIER (SBN 113973)
 2  KELCIE M. GOSLING (SBN 142225)
    LANDON D. BAILEY (SBN 240236)
 3  980 9th Street, Suite 1700                          NO JS-6
    Sacramento, CA 95814
 4  Telephone:  (916) 553-4000
    Facsimile:  (916) 553-4011
 5  E-mail:     kcm@mgslaw.com

 6  Attorneys for Defendant
    Arnold Schwarzenegger, in his official capacity
 7  as Governor of the State of California
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BLAIR, | CASE NO: 2:09-cv-04460-GW-AG |
| Plaintiff, | **ORDER GRANTING SUMMARY JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The motion of defendant Arnold Schwarzenegger, in his official capacity as Governor of the State of California ("Defendant"), came on regularly for hearing before this Court on January 13, 2011.[1] Plaintiff Bill Blair ("Plaintiff") appeared in propria persona, and Kelcie Gosling appeared as attorney for Defendant.

After considering the moving and opposition papers, oral argument, and all other matters presented to the Court, the Court has determined that no

///

---

[1] After the filing of this action and Defendant's motion, Edmund G. Brown Jr. succeeded Arnold Schwarenegger as Governor.

LA09CV04460GW-O.1.wpd  1
[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT

1  triable issue of material facts exists as to Plaintiff's claims against Defendant.   IT
2  IS HEREBY ORDERED THAT the motion for summary judgment is GRANTED.
3  Dated: January 25, 2011

_____
GEORGE H. WU, U.S. District Judge